## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-003232-GPG-MDB

JACQUELYN HOBBY,

    Plaintiff,

v.

CUSTER COUNTY,
THE BOARD OF COUNTY COMMISSIONERS, CUSTER COUNTY,
TOM FLOWER,
KEVIN DAY,
BILL CANDA, and
BRADEN WILSON,

    Defendants.

_____

### JOINT MOTION TO DISMISS WITH PREJUDICE
_____

    Plaintiff Jacquelyn Hobby and Defendants Custer County, The Board of County Commissioners of Custer County, Tom Flower, Kevin Day, Bill Canda and Braden Wilson, by and through their counsel of record, hereby stipulate and agree that all claims that were brought and all claims arising out of the above-captioned matter which could have been brought by Plaintiff against Defendants are dismissed with prejudice, all such claims having been amicably settled and compromised, each party to pay their own fees and costs. A proposed order is attached.

    WHEREFORE, Plaintiff Jacquelyn Hobby and Defendants Custer County, The Board of County Commissioners of Custer County, Tom Flower, Kevin Day, Bill Canda and Braden Wilson

respectfully request an order from this Court dismissing Defendants with prejudice, the parties to pay their own costs and fees.

Respectfully submitted this 14th day of June, 2024.

<table>
<tr><td>

*s/ Rachel B. Maxam*
Rachel B. Maxam
Law Office of Rachel B. Maxam, PLLC
405 Main St.
Westcliffe, CO 81252
T: 720-526-8328
Email: rachel@maxamlawfirm.com
***Attorney for Plaintiff***

</td><td>

*s/ William T. O'Connell, III*
William T. O'Connell, III
Christy N. Redmond
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver CO 80290
T: 303-830-1212
Email: wconnell@warllc.com
credmond@warllc.com
***Attorneys for Defendants***

</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

  I hereby certify that on June 14, 2024, a true and correct copy of the above and foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Rachel B. Maxam , Esq.
Law Office of Rachel B. Maxam, PLLC
405 Main St.
Westcliffe, CO 81252
Email: rachel@maxamlawfirm.com
***Attorney for Plaintiff***

              *s/ Barbara McCall*
              Barbara McCall, Legal Assistant
              bmccall@warllc.com