## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-003232-GPG-MDB

JACQUELYN HOBBY,

      Plaintiff,

v.

CUSTER COUNTY,
THE BOARD OF COUNTY COMMISSIONERS, CUSTER COUNTY,
TOM FLOWER,
KEVIN DAY,
BILL CANDA, and
BRADEN WILSON,

      Defendants.

---

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

---

      The Court having reviewed the Parties' Joint Motion to Dismiss with Prejudice and being fully advised;

      HEREBY ORDERS that the Parties' Joint Motion is GRANTED. Defendants are dismissed with prejudice, each party to pay their own costs and fees.

      Done this ____18th____ day of __June__, 2024.

                    BY THE COURT:

                    _____

                    Gordon P. Gallagher
                    United States District Judge